# LEVIN-EPSTEIN & ASSOCIATES, P.C.

60 East 42nd Street • Suite 4700 • New York, New York 10165
T: 212.792.0048 • E: Jason@levinepstein.com

**MEMO ENDORSED**

August 14, 2023

*Via ECF*
Hon. Valerie E. Caproni, U.S.D.J.
United States District Court, Southern District of New York
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __8/15/2023__

Re:   *Reid v. Lamas Beauty Inc.*
      **Case No.: 1:23-cv-03159-VEC**

Dear Honorable Judge Caproni:

This law firm represents Defendant Lamas Beauty Inc. (the "Defendant") in the above-referenced action.

Pursuant to Your Honor's Individual Rules, this letter respectfully serves to supplement Defendant's letter, filed earlier today, requesting an adjournment of the in-person initial case conference scheduled for August 18, 2023 at 10:00 a.m.

The parties have conferred, and have confirmed their availabilities on the following proposed dates and times for the adjourned in-person initial case conference:

1. Wednesday, August 30, 2023 at 10:00 a.m.;

2. Wednesday, September 6, 2023 at 10:00 a.m.; or

3. Friday, September 22, 2023 at 10:00 a.m.

We thank the Court for its attention to this matter, and are available at the Court's convenience to answer any questions related to the foregoing.

LEVIN-EPSTEIN & ASSOCIATES, P.C.

By:   */s/ Jason Mizrahi*
      Jason Mizrahi
      60 East 42nd Street, Suite 4747
      New York, NY 10170
      Tel. No.: (212) 792-0048
      Email: Jason@levinepstein.com
      *Attorneys for Defendant*

Cc: All Counsel, via ECF.

Application DENIED as moot. Per the Court's August 11, 2023, Endorsement (Dkt. 10), the initial pretrial conference has been cancelled; the Court entered the parties' proposed Case Management Plan at docket entry 11.

The parties are cautioned to review all filings and ordered entered in this case.

SO ORDERED.

Date: 8/15/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE